■ In the Matter of CROWN CORK & SEAL COMPANY, INC., Appellant, v. STATE TAX COMMISSION et al., Respondents.— Judgment, Supreme Court, Albany County, entered on August 23, 1973, affirmed, with costs, upon the opinion of Bruhn, J. at Special Term. Herlihy, P. J., Cooke, Sweeney, Kane and Main, JJ., concur. [75 Misc 2d 803.]